**In re: Henry Earl MILLER,**
**Petitioner.**

**No. 09–2410.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 17, 2010.

Henry Earl Miller, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and
DAVIS, Circuit Judges.

**In re: Henry Earl MILLER,**
**Petitioner.**

**No. 09–2409.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 17, 2010.

Henry Earl Miller, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and
DAVIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM:

Henry Earl Miller petitions for a writ of
mandamus, alleging the district court has
unduly delayed acting on his motions filed
asserting that his conviction is a violation
of the Double Jeopardy Clause. He seeks
an order from this court directing the district court to act. Our review of the district court's docket sheets reveals that the
district court denied the motions in text

orders on December 29, 2009. Accordingly, because the district court has recently decided Miller's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*